IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | |
| TOMMY VARESH, | Case No.  1:25-MJ-544 |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Tonya Sturgill Griffith, being duly sworn, depose and state as follows:

**BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been

in this position since February 2002.  Since July 2010, I have been assigned to the FBI Washington

Field Office Child Exploitation and Human Trafficking Task Force (CEHTTF), where I investigate

crimes involving the sexual exploitation of children, including but not limited to the production,

distribution, and receipt of child pornography. As a Special Agent with the FBI, I received training

on investigative techniques related to crimes involving the sexual exploitation of children,

including surveillance techniques, undercover activities, obtaining and analyzing digital records,

analyzing stored digital media, and the application for and execution of search and arrest warrants.

I have conducted and assisted in federal child exploitation investigations and have participated in

the execution of numerous search warrants in support of child exploitation investigations.

1

2.      As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

3.      This affidavit is submitted in support of a criminal complaint charging TOMMY VARESH with attempted sexual exploitation of children, in violation of 18 U.S.C. § 2251.

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, witnesses, and/or agencies. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to law enforcement concerning this investigation. Rather, I have set forth only the facts necessary to establish probable cause for the requested complaint.

## SUMMARY OF PROBABLE CAUSE

5.      On or about May 8, 2025, a Detective with the Fairfax County Police Department in Virginia, acting in an undercover capacity (UC), posted on a publicly viewable discussion platform known to the UC as an online location frequented by individuals interested in the sexual exploitation of children (PLATFORM 1).[1] The UC created a post within a forum dedicated to discreet sexual relationships in the Washington, D.C. metropolitan area. The content of the post inquired whether members of the forum actually "link," i.e., meet in person, or only engaged online. The wording was intentionally vague to encourage other users to view UC's profile, which clearly displayed that she was age 15.

---

[1] The name of the web forum is known to law enforcement but intentionally omitted to protect the integrity of ongoing law enforcement investigations. The web forum is also used for legitimate, legal purposes.

6.       Prior to this post, the UC had uploaded "selfie"-style images of a person appearing to be a teenage female. These images were accompanied by titles indicating the depicted age and were posted over an extended period to establish continuity. Based on the UC's training and experience, users of this platform typically review profiles of other participants before or shortly after engaging them directly through a direct message feature.

7.       On or about May 9, 2025, the UC received an unsolicited message on the platform from Knottyboix69 (USERNAME 1) referencing the post mentioned above. USERNAME 1, later identified as TOMMY VARESH, indicated he was from New York and willing to travel to meet UC if she was interested in meeting "older guys."[2] Within the first 15 messages, USERNAME 1 asked the UC "Are you a virgin?" When the UC asked if that mattered, USERNAME 1 responded, "Nope. Just trying to make sure when you say link, you mean what I think you mean." USERNAME 1 then went on to compliment the UC's appearance. Within the first hour of their conversation, USERNAME 1 asked the UC to "tell me what you've done with guys and what you want to try" and told the UC he has been "a teacher for a few girls around you age over the years."

8.       The next day, the UC inquired if USERNAME 1 was serious about coming to meet her. He confirmed he was, if he could prove she was real, and they discussed some of the logistics of meeting. USERNAME 1 went on to ask what the UC wanted to do with him if they had two days together, and the UC responded by telling him she was interested in being taught like the other girls he referenced.

9.       USERNAME 1 went on to tell the UC "I'll give you what ever experience you want. I'll start with licking your pussy and I promise you, it will be the greatest feeling you will

_____

[2] Quotations from the communications between UC and USERNAME 1 are included verbatim without corrections for grammar or spelling

ever have." The UC asked if USERNAME 1 knew her age. He told her, "I can guess but it's maybe

better that you don't tell me here. But trust me, I am okay with it… I did look. By guess I meant I

know." He later told her, "I'm gonna warn you though, I might spoil sex for you. . . . You might

end up always craving me or seeking older men like me who are experienced."

10.    USERNAME 1 and the UC continued to generally discuss the planned experience

and the UC explaining he made her feel comfortable. USERNAME 1 explained that it is because

he is "a good guy that has a kink for young inexperienced girls who want to learn."

11.    USERNAME 1 asked the UC if she was "on the pill or BC [birth control]." The

UC indicated she was not, but could try to get an emergency contraceptive. USERNAME 1 told

the UC he would buy it "Unless, …. Do you want to risk getting preg?"

12.    USERNAME 1 told the UC his name is "Roger." He asked the UC specifically

where she lives in Virgina so he could determine how long it would take for him to drive for their

meeting.

13.    Although the UC did not explicitly state her age during the initial interaction with

USERNAME 1, it was prominently displayed on the UC's profile, and the context of the

conversation, including his statements discussed above, made it clear that her age was understood.

Subsequent conversations between USERNAME 1 and the UC demonstrate that USERNAME 1

had clear knowledge that the UC purported to be 15 years old. The following excerpts are examples

of USERNAME 1's knowledge of the UC's purported age:

a.    Excerpt from May 20, 2025, chats:

USERNAME 1: When's your birthday?

UNDERCOVER: In October

UNDERCOVER: 17

UNDERCOVER: Why?

USERNAME 1: We'd have to keep things between us a secret for 2.5 yrs

UNDERCOVER: That's what I'm scared of cause I think you'll get bored or idk

what

UNDERCOVER: I wish there was a way to

UNDERCOVER: Like not be secret

USERNAME 1: I won't get bored of you. I'll get older and you'll want a younger

guy

USERNAME 1: Sucks you don't live in a state where the age of consent is 16

UNDERCOVER: What's it here

UNDERCOVER: Like that means we could be together legally

USERNAME 1: 18

UNDERCOVER: Oh dang

USERNAME 1: It's 16 practically all around you

UNDERCOVER: Can we just go to one of those states

USERNAME 1: It means if I get caught with you before 18, I lose my job, my

family and friends cuz I'll be going to jail

b.  Excerpt from May 22, 2025, chats:

USERNAME 1: One day I'm going to take you somewhere nice for a vacation

UNDERCOVER: Really?

UNDERCOVER: I've never been anywhere cool

USERNAME 1: Where would you want to go first with me?

5

USERNAME 1: And yeah, if you're gonna be my forever girl, we are going to travel. Of course we might have to wait 2.5 yrs before our first trip

c.    Excerpt from June 9, 2025, chats:

USERNAME 1: Ok so remember very early on when you just wanted me to come down and teach you things so you could experience sex?

UNDERCOVER: Yes

USERNAME 1: And I told you about the girls I was with around your age?

UNDERCOVER: Yea

USERNAME 1: So what I didn't tell you was when and where those encounters happened and why that's important

UNDERCOVER: Ok

USERNAME 1: When you hear me out, you'll see where I am going with this.

USERNAME 1: So in order, the one that was my friends sister who was younger than you, that was when I was a senior in HS so that doesn't really count.

USERNAME 1: The other 2 that were your age-ish, they were both Canadian. Those encounters happened before they raised the age of consent law from 14 to 16. In both cases, I rented a hotel room in their city and that's where we met up

UNDERCOVER: How old was the first one

USERNAME 1: Then there were another 2 girls who were 16 and 17 but those happened in states where the age of consent was 16

USERNAME 1: The first one was a freshman in HS when I was a senior

UNDERCOVER: Oh ok

USERNAME 1: So what is my point you are wondering

6

UNDERCOVER: lol yeah

USERNAME 1: In all of those encounters, while society would not be happy with me, I was untouchable because I didn't break any laws. Everything I did with the girls was completely legal

USERNAME 1: The reason I've been asking you to do a [PLATFORM 2] call with me where I can see you and hear you talk is so put my mind at ease[3]

USERNAME 1: I know you are real

USERNAME 1: My heart tells me you're real

USERNAME 1: So does my mind

USERNAME 1: But there is still a 1% chance that this is maybe a trap and that scares the shit out of me because this is the first time I would be doing something illegal

14.     Throughout their conversations, USERNAME 1 attempted to establish trust and an emotional connection with the UC. He frequently engaged in friendly conversation, provided compliments, and showed interest in the UC's daily life to build a bond. The following excerpt from chats on May 13, 2025, is an example of the conduct described above; other examples of similar conduct occurred throughout the communication:

UNDERCOVER: It's been a busy day
UNDERCOVER: Had a presentation
USERNAME 1: How did the presentation go? What was it about?
…

---

[3] PLATFORM 2 is a mobile application that allows users to exchange photos, videos, audio, and messages designed to disappear after being viewed. The application also provides features for real-time video and voice calls, as well as private chat functions. The name of the application is known to law enforcement but intentionally omitted to protect the integrity of ongoing law enforcement investigations. The application is also used for legitimate, legal purposes.

UNDERCOVER: It was good and I think I did good even though I was so nervous

UNDERCOVER: It was for history

…

USERNAME 1: So I guess this means you don't like public speaking?

UNDERCOVER: Noooo

UNDERCOVER: I get so nervous talking in big groups

USERNAME 1: I wish I was there today. I would have given you a big hug after your presentation

15.    USERNAME 1 often reiterated the need for his relationship with the UC to remain a secret, especially from the UC's mother and other adults and to ensure their communication was private. The following excerpt from chats on June 6, 2025, is an example of the conduct described above; other examples of similar conduct occurred throughout the communication:

USERNAME 1: You go to therapy?

UNDERCOVER: I thought I told you guess not

UNDERCOVER: I don't rn but I did before

USERNAME 1: Like when you were how old?

UNDERCOVER: Like I was still 15 when I went

USERNAME 1: If you were going now I'd be like you can't tell your therapist about me!

16.    On May 16, 2025, USERNAME 1 also discussed bringing the UC lingerie to wear during their meeting, stating he wanted to make her "feel beautiful, sexy and special," but he wanted to ensure that the UC's mother would not find it.

17.    The following day, USERNAME 1 began asking the UC personal questions stating he wanted to know everything about her and plan for his visit.  USERNAME 1 asked if the UC

was still a virgin and if her hymen was intact, warning her that she may bleed when they have vaginal intercourse. USERNAME 1 asked the UC if she wanted him to ejaculate inside her vagina, promised again to get an emergency contraceptive, and asked if she had ever "sucked a guy off" and if she wanted to try that until he ejaculated. USERNAME 1 also asked the UC if she wanted to attempt anal intercourse as well. USERNAME 1 explained that he was "asking because I don't want to do something when I am with you that you don't want to do."

18.    On or about May 18, 2025, USERNAME 1 asked the UC about her sexual practices including what she thought about, how often she engaged in self-stimulation, and how she did it. When the UC responded that she was inexperienced and had never had an orgasm. USERNAME 1 stated he could instruct her. Later in the conversation, the UC asked what else USERNAME 1 was going to teacher her. USERNAME 1 replied, "I think for our short time together theres a lot we are going to cover ... 1) how to give a proper BJ and how to swallow 2) to have a guy give you and orgasm by giving you oral 3). How to touch and pleasure yourself 4) sex in a few different positions 5) anal sex."

19.    The UC asked USERNAME 1 what his favorite thing was. USERNAME 1 stated he loves sex and loves "giving oral to a girl." The UC indicated that she was excited about their meeting and "kinda feeling like I want it rn". USERNAME 1 suggested the UC add him on PLATFORM 2 "and let's play."UC told USERNAME 1 that she did not want "to send nudes," at which point USERNAME 1 suggested a video call. UC expressed feeling nervous and unsure about participating in the video call because he could take a screenshot.

20.    USERNAME 1 responded, "Tell you what, we can try it for like 2 mins, no face, and we will end the call in 2 mins or whenever you want." UC again expressed apprehension and asked what she was supposed to do during the video call. USERNAME 1 replied that he would

9

"walk you through touching your pussy." UC asked if she would be expected to show her vagina. USERNAME 1 confirmed, stating "Have your phone pointing at your pussy so I don't see your face… You can turn the camera around in snap so you can see yourself too." USERNAME 1 told the UC "I didn't plan for this, it sounded like you were in the mood so I suggested it. We don't have to do this."

21.    After initiating a call on the social media application, USERNAME 1 told UC that he could not see what she was doing due to the lack of light in the room. He instructed UC to use the light on her phone or another light source in her bedroom. This continued through two additional calls while USERNAME 1 repeatedly stated that he could not see clearly. UC indicated that, even though USERNAME 1 could not see her, she was engaging in the activity he requested and asked if he was doing the same. These conversations were conducted using PLATFORM 2's messaging function, even while the call was happening. USERNAME 1 then activated his video and displayed himself manually stimulating his erect penis.

22.    After the call ended, UC and USERNAME 1 returned to PLATFORM 1. USERNAME 1 asked UC if she liked his penis and if she was "Looking forward to sucking it?" He then asked if she would like to perform oral sex to the point of swallowing his ejaculate, adding that "Guys like girls who swallow." USERNAME 1 later told UC that he had reached orgasm while looking at a picture of her.[4]

23.    On or about May 25, 2025, UC suggested giving USERNAME 1 a pet name. USERNAME 1 referenced an earlier conversation and asked if she had "ruled out Daddy." He then suggested that she call him "Daddy during our naughty time." They then engaged in the

---

[4] The images sent to USERNAME 1 were either computer-generated or altered images of the undercover detective. At no time did the images depict real children.

following exchange:

> UNDERCOVER: While you're spanking me for being a bad girl
>
> USERNAME 1: Yes!
>
> UNDERCOVER: mmmm ok daddy
>
> UNDERCOVER: I'll behave daddy
>
> USERNAME 1: OMG that just made me hard
>
> UNDERCOVER: Oh daddy what are you going to do with that
>
> USERNAME 1: What can I do? Will my baby girl help me take of it?
>
> UNDERCOVER: You can do whatever you want to me

24.     USERNAME 1 sent the UC a photograph of his exposed, erect penis and asked, "Can you help me with that?" The UC asked what he wanted her to do, and USERNAME 1 asked the UC to move to PLATFORM 2, or requested that she send a picture in return. The UC did not respond directly to his request. Shortly thereafter, USERNAME 1 stated, "Wait. I promised you I would never ask for a pic… Forget I said that." The sexually explicit conversation then continued on PLATFORM 1 through text messages.

25.     USERNAME 1 asked UC to tell him how much she desired to perform oral sex on him. USERNAME 1 then continued by describing in explicit detail how he wanted her to perform the act and what he wished their first in-person sexual experience to be like:

> UNDERCOVER: How can I be your good girl
>
> USERNAME 1: When you are on you knees sucking Daddy off, be a good girl and look up at him and smile
>
> UNDERCOVER: Like in my picture daddy
>
> USERNAME 1: Mmm yes
>
> UNDERCOVER: I'll try to put it all in my mouth
>
> USERNAME 1: Like a good lil girl
>
> USERNAME 1: Take it all in

…

USERNAME 1: How do you want Daddy to take you for the first time?

UNDERCOVER: Just like the regular way

UNDERCOVER: I want to look at you

UNDERCOVER: And kiss you

USERNAME 1: I'll lay you on the bed. I'll start by kissing you ankle, and kissing my way up your leg and inner thigh

UNDERCOVER: And the after that

USERNAME 1: I'll spread your pussy lips and will kiss and lick your clit and pussy

UNDERCOVER: Omfg

USERNAME 1: You will moan and your back will arch

UNDERCOVER: I bet that feels amazing

USERNAME 1: It does, especially how I do it

USERNAME 1: I'll run my tongue up to your belly button circling it before I kiss your stomach, working my way up to your beautiful 32b tits

…

USERNAME 1: And with that, I'll thrust my hard cock inside you. Slowly thrusting in and out. Slowly moving faster and faster

UNDERCOVER: Mmmm keep going

USERNAME 1: I'm going to hold you and kiss you passionately as I fuck you

USERNAME 1: I want to put my seed in you and feel one with you

26.    On or about May 28, 2025, USERNAME 1 told the UC that he would like to book his flight and wanted to discuss options regarding the timing of available flights. USERNAME 1 expressed concern that the situation could be a trap or that he might get caught. UC attempted to ease his concerns, and they discussed some of the logistical considerations of meeting. USERNAME 1 asked specific questions about whether UC's mother owned the house, what the property looked like, and whether there were cameras with views of the property. USERNAME 1

then stated, "I know I promised you I wouldn't ask but if you send me like a pic of you in the mirror, topless with your face showing I'll know this is 100% real and I'll be all yours." UC deflected this request, and USERNAME 1 insisted he would book the flights.

27.    On or about May 30, 2025, the UC sent a picture purporting to depict her sitting cross-legged on a bed. The girl in the picture is smiling widely with their mouth open and tongue out, holding up a peace sign with her right hand. The UC is wearing a dark t-shirt and patterned shorts.

28.    On or about May 31, 2025, USERNAME 1 described to the UC a dream he had in which they were pretending to be father and daughter at a restaurant. In the dream, USERNAME 1 stated that he would direct the UC to remove lingerie he had purchased for her under the table at the restaurant. He further described himself digitally penetrating her vagina while riding together in a cab and then said he had her "bent over the couch while wearing the dress" when they get home.

29.    USERNAME 1 suggested that he and UC transition to PLATFORM 2. While on PLATFORM 2, USERNAME 1 sent UC several videos of himself manually stimulating his erect penis. He also sent UC several audio messages, including the following:

    a.  "The picture you sent last night all Daddy can imagine was slapping his thick, fat cock on that beautiful tongue of yours as you stuck it out, eventually cumming all over your tongue and face."

    b.  "And then daddy's eyes went lower in the pic, and he couldn't stop staring at that colorful panties or bathing suit bottom. I couldn't tell what it was. But all daddy wanted to do was pull those aside and see what was underneath."

    c.  "Show me, baby girl, what's behind there.  Show daddy what he's gonna lick and

fuck." "You didn't mess anything up, baby girl. Just keep going, stay with me,
please. Build up the courage to slide your bottoms off and let, let Daddy see what's
underneath."

d. "You have such a beautiful smile and such a pretty face. Oh my god, [UC][5], I just
want to cum all over your pretty face and in your mouth. I want you to know what
daddy tastes like. I want you to take all of daddy's cock in your mouth and all his
cum down your throat. Oh, [UC], oh, you're my baby girl, my good little baby girl."

30.    The UC sent USERNAME 1 a close-up picture that partially exposed her face while
wearing a black lace top and sticking out her tongue, in order to deflect his request that she expose
her vagina to him. Afterward, they returned to PLATFORM 1, where USERNAME 1 told the UC
that he had booked his flight and had taken leave from his work, stating that he was committed to
traveling to meet her.

31.    On or about June 7, 2025, USERNAME 1 sent UC a photograph of his exposed,
erect penis, stating, "Babby girl I can't help it. Those hazel eyes lure me in. Your smile gets my
mind spinning and when you stick out your tongue, Daddy just want to put his dick on it."
USERNAME 1 then asked UC to "tease me a little more? Maybe with a pic? You really have me
worked up now. I can't stop." USERNAME 1 then escalated the conversation with the following
exchange:

USERNAME 1: I want you so bad [UC]
UNDERCOVER: Bad
UNDERCOVER: How bad Roger[6]
USERNAME 1: I want to put a baby in you right now

---

[5] The undercover persona's name has been replaced with UC to maintain consistency and protect
ongoing investigations.
[6] UC is referring to USERNAME 1 with the name he provided in their initial conversation.

USERNAME 1: Then I want baby girl to clean off Daddy's dick and make him hard again so that I can bend you over and fuck you in the ass

…

USERNAME 1: Baby girl you are so small. You're gonna be so sore after ai fill you up. You're gonna be a hot mess or sweat, siliva and cum

UNDERCOVER: Daddy I'm so small so you can do what you want with me

USERNAME 1: OMFG

UNDERCOVER: What do you want to do daddy how are you going to make me a mess

USERNAME 1: I want you at the edge of the bed, I'll have your ankles in my hand, spreading your legs wide and high in the air. Daddys dick will be teasing your kitty before trusting inside you

32.    On or about June 9, 2025, USERNAME 1 directed the UC to continue their conversation on PLATFORM 2. During that conversation, USERNAME 1 described his prior sexual encounters with other minor females and requested that the UC participate in a video call with him to verify she was real. USERNAME 1 and the UC agreed to schedule the call later in the week. USERNAME 1 then told the UC that he wanted to send her a message on PLATFORM 1 stating there would be no sexual activity between them, explaining that messages on PLATFORM 1 do not delete as they do on PLATFORM 2. He stated that they would act as if this was their plan for the upcoming week prior to their meeting, but assured the UC that they would still do "everything as planned" and that he was only trying to protect himself. USERNAME 1 also tells the UC that he is going to message her on PLATFORM 1 saying that "there will be no kissing or any type of sexual activity," but that he "just want[s] to say that nothing is going to happen on [PLATFORM 1] just for show, in case that chat string leaks somehow or someone reads it But you and I will know the truth which is we are going to have a lot of sex."

15

33.　On or about June 10, 2025, USERNAME 1 and the UC discussed additional logistical considerations and finalized the plan for his arrival and their first meeting. USERNAME 1 stated that upon arrival he would first stop at a mall to purchase lingerie for the UC, then go to a grocery store to purchase emergency contraceptives, which was the location they had preliminarily planned to use as their meeting place.

34.　On or about June 12, 2025, another detective with the Fairfax County Police Department posed as the UC during a live video call with USERNAME 1 on PLATFORM 2. During this call, USERNAME 1 exposed his face to the UC for the first time, which as described below, was that of VARESH. Following the call, USERNAME 1 confirmed that he intended to travel to meet the UC.

35.　On or about June 13, 2025, USERNAME 1 asked the UC if he could restate on PLATFORM 1 what they had previously discussed on PLATFORM 2 on June 9, 2025, about how nothing sexual was going to happen on the trip. USERNAME 1 stated that he would feel better if he wrote it there, but he did not want to upset the UC. After the UC confirmed she was ok with that, USERNAME 1 wrote on PLATFORM 1 that there could be no sexual contact between them despite their prior plans, while simultaneously reassuring UC on PLATFORM 2 about how well she was responding and telling her how well she did.

36.　On or about June 15, 2025, USERNAME 1 again confirmed his plans to travel to Fairfax County, Virginia, to meet the UC. That same day, USERNAME 1 and UC also finalized the specific location where they planned to meet.

## INDENTIFICATION AND MEETING

37.　Using information obtained from USERNAME 1 during the course of the chats and through posts made by USERNAME 1 on PLATFORM 1, including his age, approximate date of

16

birth, approximate area of residence, flight times, and the date he claimed to have booked his flights, along with an image of USERNAME 1 captured during the video call described above, the UC identified the individual using USERNAME 1 as TOMMY VARESH.

38.    After confirming that VARESH had arrived in Virginia, Fairfax County Police Detectives conducted surveillance in the area of the predetermined meeting location. Detectives used the photo obtained from the chats, the clothing description VARESH had provided to the UC, and real-time information about his progress toward the meeting that he provided to the UC. VARESH was taken into custody while on foot enroute to the meeting location.

39.    In a search incident to his arrest, VARESH was found to be in possession of black lingerie and Plan B emergency contraception, as discussed in the chats with the UC.

40.    Subsequent to his arrest, VARESH waived his *Miranda* rights and agreed to speak to the detectives.  VARESH admitted to being the person using USERNAME1 and chatting with the UC.  VARESH indicated that at the beginning of the chat, he thought it was possible the girl was underage, but after the first video call (referenced in above) VARESH thought the girl looked older than in her initial pictures.  VARESH stated if the girl he met was truly underage it would have been a platonic visit, but that he may have stayed in touch with the girl until she reached the age of consent.

(Continued on next page.)

**CONCLUSION**

41.     Based on the facts outlined above, I submit there is probable cause to believe that

TOMMY VARESH, within the Eastern District of Virginia and elsewhere, from at least

May 2025 to June 2025 did engage in attempted sexual exploitation of children, in violation of

18 U.S.C. § 2251(a) and (e).

Respectfully submitted,

Tonya Sturgill Griffith
Special Agent
Federal Bureau of Investigation


Subscribed to and sworn to in accordance with
Fed. R. Crim. P. 4.1 by telephone on September 4, 2025.

The Honorable William B. Porter
United States Magistrate Judge

18